STATE OF CONNECTICUT v. CHARLIE SIEMON

The defendant's motion for permission to file his supplemental brief in printed form in the appeal from the Superior Court in Hartford County is granted.

*Hubert J. Santos,* in support of the motion.

Submitted September 22—decided October 5, 1976

CHARLES MAZZUCCO v. KRALL COAL AND OIL COMPANY, INC., ET AL.

The defendants' motion to set aside the judgment, with costs, of the trial court and to direct the entry of a final judgment dismissing the plaintiff's action in the appeal from the Superior Court in New Haven County is granted unless the plaintiff files his brief on or before November 1, 1976.

*David E. Schancupp,* for the appellants (defendants).

*William F. Tiernan, Jr.,* for the appellee (plaintiff).

Argued October 5—decided October 6, 1976

STATE OF CONNECTICUT v. ALFRED GAGLIARDI ET AL.

The state's motion to set aside the judgment of the Appellate Division of the Court of Common Pleas and to reinstate the judgment of the trial court is denied and counsel for the defendants is hereby ordered to file a brief on their behalf on or before November 5, 1976.

*Joseph B. Clark,* assistant prosecutor, for the appellant (state).

*Frank S. Meadow,* for the appellees (defendants).